**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT FLORIDA**
**TAMPA DIVISION**

In re:

RENATO SOUSA,

|  |  |
|---|---|
|  | Case No. 8:14-bk-04178-CPM |
| Debtor. | Chapter 7 |

/

AUTOMOTIVE FINANCE CORPORATION,

Plaintiff,                                                    Adv. Pro. No. 8:14-ap-00581-CPM

v.

RENATO SOUSA,

Defendant.

/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**
**TO AMENDED COMPLAINT**

Defendant, Renato Sousa (**"Sousa"**), by and through undersigned counsel and pursuant to

Rule 7012, Federal Rules of Bankruptcy Procedure, files his answer and affirmative defenses to

Plaintiff's Amended Complaint and states as follows:

**I. PARTIES**

1.      Admitted.

2.      Admitted.

3.      Denied.

4.      Admitted that AFC is an Indiana corporation; otherwise denied.

**II. JURISDICTION AND VENUE**

1

5.      Admitted for purposes of jurisdiction; otherwise denied.

6.      Admitted.

7.      Admitted.

### III. FACTUAL ALLEGATIONS

### A. The Demand Promissory Note and Security Agreement

8.      Admitted.

9.      Admitted.

10.     Admitted.

11.     Exhibit 1 speaks for itself; otherwise denied.

12.     Admitted that Skyline granted Automotive a security interest; otherwise denied.

13.     Admitted that Skyline granted Automotive a purchase money security interest;

        otherwise denied.

14.     Admitted.

15.     Without knowledge and therefore denied.

16.     Admitted.

17.     Admitted.

### B. The Secured Vehicles

18.     Denied that Sousa represented he would hold funds in trust for the benefit of

        AFC.

19.     Denied that Sousa represented to AFC that he would pay trust funds to AFC.

20.     Without knowledge and therefore denied.

21.     Denied.

22.     Denied.

23.    Denied.

24.    Denied.

25.    Denied.

26.    Without knowledge and therefore denied.

27.    Without knowledge and therefore denied.

28.    Without knowledge and therefore denied.

26.    Denied.[1]

27.    Denied.

28.    Without knowledge and therefore denied.

29.    Denied.

30.    Denied.

31.    Denied.

32.    Without knowledge and therefore denied.

33.    Without knowledge and therefore denied.

34.    Denied.

35.    Denied.

36.    Without out knowledge and therefore denied.

37.    Denied.

38.    Denied.

39.    Denied.

40.    Denied.

---

[1] Due to a typographical error in the Amended Complaint, what should have been labeled as paragraph 29, is labeled as a second paragraph 26.  For consistency, this answer will follow the numbering of the Amended Complaint.

41.    Denied.

42.    Denied.

43.    Denied.

44.    Denied.

45.    Denied.

46.    Without knowledge and therefore denied.

47.    Denied.

48.    Denied.

49.    Denied.

50.    Admitted.

51.    Denied.

52.    Admitted.

## C. Basis for Relief

53.    Denied.

54.    Denied.

55.    Denied.

56.    Denied.

57.    Denied.

58.    Denied.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Denied.

63.     Denied.

64.     Denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Denied.

69.     Denied.

70.     Denied.

71.     Denied.

72.     Denied.

73.     Denied.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Denied.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Denied.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Denied.

88.     Denied.

89.     Denied.

90.     Admitted.

91.     Denied.

92.     Admitted that the Note for attorneys' fees, costs and expenses incurred in collecting and enforcing the obligations under the Note; otherwise denied.

93.     Without knowledge and therefore denied.

94.     Without knowledge and therefore denied.

### COUNT I: 11 U.S.C. § 523(a)(2)(A)

95.     Sousa repeats and realleges his response to paragraphs 1 through 94 above as though fully set forth herein.

96.     Denied.

97.     Denied.

### COUNT II: 11 U.S.C. § 523(a)(4)

98.     Sousa repeats and realleges his response to paragraphs 1 through 97 above as though fully set forth herein.

99.     Denied.

### COUNT III: 11 U.S.C. § 523(a)(6)

100.    Sousa repeats and realleges his response to paragraphs 1 through 99 above as though fully set forth herein.

101.    Denied.

102.    Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

103.    The debt which AFC seeks to have declared non-dischargeable is not a debt of Mr.

Sousa.  The debt has only been established as a corporate debt of Skyline.  Mr.

Sousa is not individually liable for the debts of a corporation.

### Second Affirmative Defense

104.    Any attempt to establish the alleged debt against Mr. Sousa in this action is barred

by the applicable state statute of limitations.

### Third Affirmative Defense

105.    Any alleged misrepresentations of Mr. Sousa were made at the direction of an

agent of AFC and therefore, AFC did not reasonably rely on the alleged

misrepresentations.

### Fourth Affirmative Defense

106.    Any alleged misrepresentations of Mr. Sousa were made at the direction of an

agent of AFC and therefore, AFC had actual knowledge of the alleged fraud and

waived any claim it may have had for fraud against Mr. Sousa.

### Fifth Affirmative Defense

107.    The alleged actions of Mr. Sousa would amount to a breach of contract claim, if

proven, and cannot form the basis of an action for fraud.

### Reservation of Right to Raise Additional Affirmative Defenses

108.    Defendant reserves the right to raise additional affirmative defenses as warranted

by discovery or other developments in this action.

Dated: December 22, 2014

/s/ Scott J. Givens
Scott J. Givens, Esq.
Florida Bar No.: 0658405
Scott J. Givens, P.A.
601 Bayshore Boulevard
Suite 150
Tampa, FL 33606
Phone: (813) 397-3944
Fax: (813) 649-8868
sgivens@sjglegal.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2014 a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon Scott A. Haas, Esq.. 12000 N. Dale Mabry, Suite 264, Tampa, Florida 33618.

/s/ Scott J. Givens
Scott J. Givens, Esq.
